# United States Bankruptcy Court
## Western District of Pennsylvania

In re: **William A Harris, Linda M Harris**, Debtor(s)

Case No. **22-21267**
Chapter **13**

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, **William A Harris**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

I, **Linda M Harris**, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

- [✓] I have not been employed by any employer within the 60 days before the date of the filing of the petition.
- [ ] I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because
- [ ] I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date **July 22, 2022**    Signature **/s/ William A Harris**
William A Harris
Debtor

Date **July 22, 2022**    Signature **/s/ Linda M Harris**
Linda M Harris
Joint Debtor