WWR# 041075576

FILED
12/22/22 9:18 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>William A. Harris<br>Linda M. Harris<br>           Debtors,<br><br>Citizens Bank, N.A.,<br>           Movant,<br><br>v.<br><br>William A. Harris DEBTOR,<br>Linda M. Harris DEBTOR,<br>Ronda J. Winnecour, TRUSTEE,<br>           Respondents. | Bankruptcy No. 22-21267-CMB<br><br>Chapter 13<br><br>Hearing Date: 01/19/2023<br>Hearing Time: 1:30 p.m.<br><br>Related to Doc.No. 34<br><br>**ENTERED BY DEFAULT** |

**ORDER ON AMENDED MOTION BY CITIZENS BANK, N.A. FOR WAIVER FROM REQUIREMENT TO FILE NOTICES OF MORTGAGE PAYMENT CHANGE UNDER FED. BANKR. RULE 3002.1(B)(1)**

AND NOW, this __22nd__ day of __December__, 2022, upon failure of the Debtors to file an answer or otherwise plead or appear (or after hearing held and consideration of all evidence, arguments and briefs of Counsel):

It is ORDERED and DECREED that Citizens Bank, N.A. be and is hereby granted a waiver of the requirement to file Notices of Mortgage Payment Change for Claim No. 2 unless the payment amount due would be greater than $500.00

It is FURTHER ORDERED and DECREED that Citizens Bank, N.A. is permitted to send monthly statements to Debtors concerning the Mortgage that is the subject of Claim No. 2 for informational purposes only.

It is FURTHER ORDERED and DECREED that the monthly payment for Claim No. 2 in this bankruptcy case is set at $500.00 commencing with the January 2023 payment.

_/s/ Carlota M. Böhm_
HONORABLE CARLOTA M. BOHM nms
U.S. BANKRUPTCY JUDGE

CC:
Movant's Counsel:
Garry Masterson, 965 Keynote Circle, Cleveland, OH 44131

United States Trustee, at ustpregion03.ha.ecf@usdoj.gov

Trustee:
Ronda J. Winnecour, inquiries@chapter13trusteewdpa.com

Debtors' Attorney:
Lawrence W. Willis, ecf@westernpabankruptcy.com

Debtor:
William A. Harris, 972 Route 30, Clinton, PA 15026

Co-Debtor:
Linda M. Harris, 972 Route 30, Clinton, PA 15026

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 22-21267-CMB
William A. Harris  Chapter 13
Linda M. Harris
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 2
Date Rcvd: Dec 22, 2022     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + William A. Harris, Linda M. Harris, 972 Route 30, Clinton, PA 15026-1509

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**      **Email Address**

Brian Nicholas
    on behalf of Creditor PINGORA LOAN SERVICING  LLC. bnicholas@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor Citizens Bank  N.A. pitecf@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Lawrence W. Willis
    on behalf of Debtor William A. Harris ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

Lawrence W. Willis
    on behalf of Joint Debtor Linda M. Harris ecf@westernpabankruptcy.com
    urfreshstrt@gmail.com;willislr88866@notify.bestcase.com

District/off: 0315-2 | User: auto | Page 2 of 2
Date Rcvd: Dec 22, 2022 | Form ID: pdf900 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 7