**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/07/2026

IN RE:

| | |
|---|---|
| WILLIAM A HARRIS | Case No.22-21267 |
| LINDA M HARRIS | |
| 972 ROUTE 30 | Chapter 13 |
| CLINTON, PA 15026 | |
| XXX-XX-0696          Debtor(s) | |

XXX-XX-4327

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. **Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above, will be deemed allowed for purposes of distribution and <u>shall be paid</u> unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee. If you believe your claim will be adversely impacted, you should object to this Notice.**

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known.  In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case.  An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/7/2026

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| SYNCHRONY BANK** | Trustee Claim Number:1   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 2804 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  JCP/PRAE | |

| CAPITAL ONE AUTO FINANCE** | Trustee Claim Number:2   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| C/O AIS PORTFOLIO SERVICES LP | Court Claim Number: | ACCOUNT NO.: |
| ATTN BANKRUPTCY NOTICES | | |
| 4515 N SANTA FE AVE DEPT APS | CLAIM:  0.00 | |
| OKLAHOMA CITY, OK  73118 | COMMENT:  /PRAE | |

| WH BURKLEY LLP(*) | Trustee Claim Number:3   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 601 GRANT ST - 9TH FL | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PITTSBURGH, PA  15219 | COMMENT:  DUQ LITE/PRAE | |

| KML LAW GROUP PC* | Trustee Claim Number:4   INT %: 0.00% | CRED DESC:  NOTICE ONLY |
|---|---|---|
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  PINGORA LN/PRAE | |

| CAPITAL ONE AUTO FINANCE - DIV CAPITAL ON | Trustee Claim Number:5   INT %: 4.50% | CRED DESC:  VEHICLE |
|---|---|---|
| C/O AIS PORTFOLIO SERVICES LLC | Court Claim Number:1 | ACCOUNT NO.: 3311 |
| PO BOX 661381 | | |
| | CLAIM:  14,372.84 | |
| DALLAS, TX  75266-1381 | COMMENT:  $CL-PL@4.5%/PL*X1001/SCH | |

| CITIZENS BANK NA | Trustee Claim Number:6   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:2 | ACCOUNT NO.: 8276 |
| | CLAIM:  0.00 | |
| JOHNSTON, RI  02919 | COMMENT:  CL2GOV W/NMPC*DKT4PMT-LMT*$0ARRS/PL-CL*DK | |

| PINGORA LOAN SERVICING LLC | Trustee Claim Number:7   INT %: 0.00% | CRED DESC:  MORTGAGE REGULAR PAYMEN |
|---|---|---|
| C/O NATIONSTAR MTG LLC dba MR. COOPER(*) | Court Claim Number:4 | ACCOUNT NO.: 5619 |
| PO BOX 619094 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75261-9741 | COMMENT:  PMT/NTC-PL*DK4PMT-LMT*$0ARRS/PL*BGN 7/22*FR FLGSTR-DOC 73 | |

| ALLY FINANCIAL(*) | Trustee Claim Number:8   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PAYMENT PROCESSING CENTER* | Court Claim Number: | ACCOUNT NO.: 9977 |
| PO BOX 660618 | | |
| | CLAIM:  0.00 | |
| DALLAS, TX  75266-0618 | COMMENT:  NO$~NTC ONLY/SCH | |

| CAPITAL ONE BANK USA NA | Trustee Claim Number:9   INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 30281 | Court Claim Number: | ACCOUNT NO.: 2735 |
| | CLAIM:  0.00 | |
| SALT LAKE CITY, UT  84130 | COMMENT:  NT ADR~NO$~MENARDS~NTC ONLY/SCH | |

| CHASE AUTO FINANCE(*) | Trustee Claim Number:10  INT %: 0.00% | CRED DESC:  UNSECURED CREDITOR |
|---|---|---|
| PO BOX 901032 | Court Claim Number: | ACCOUNT NO.: 4808 |
| | CLAIM:  0.00 | |
| FT WORTH, TX  76101-2032 | COMMENT:  NO$~NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **CHASE CARD SERVICES**** | Trustee Claim Number:11  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 15298 | Court Claim Number: | ACCOUNT NO.:  1282 |
| | CLAIM:  0.00 | |
| WILMINGTON, DE  19850 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK**** | Trustee Claim Number:12  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  8051 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR~NO$~SEARS~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK**** | Trustee Claim Number:13  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  4208 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR~NO$~SEARS~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK**** | Trustee Claim Number:14  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| POB 6241 | Court Claim Number: | ACCOUNT NO.:  0630 |
| | CLAIM:  0.00 | |
| SIOUX FALLS, SD  57117-6214 | COMMENT:  NT ADR~THD/SCH | |

| | | |
|---|---|---|
| **CITIZENS BANK NA** | Trustee Claim Number:15  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ONE CITIZENS BANK WAY JCA115 | Court Claim Number:3 | ACCOUNT NO.:  4178 |
| | CLAIM:  6,115.45 | |
| JOHNSTON, RI  02919 | COMMENT: | |

| | | |
|---|---|---|
| **COMENITY BANK** | Trustee Claim Number:16  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 182125 | Court Claim Number: | ACCOUNT NO.:  2719 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43218 | COMMENT:  NT ADR~NO$~BLAIR~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **FIRST NATIONAL BANK OF PA(*)** | Trustee Claim Number:17  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| LOAN ADJUSTMENT DEPT* | Court Claim Number: | ACCOUNT NO.:  0219 |
| 4140 E STATE ST | | |
| | CLAIM:  0.00 | |
| HERMITAGE, PA  16148 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **HUNTINGTON NATIONAL BANK(*)** | Trustee Claim Number:18  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 5555 CLEVELAND AVE - GW1N10 | Court Claim Number: | ACCOUNT NO.:  1805 |
| | CLAIM:  0.00 | |
| COLUMBUS, OH  43231 | COMMENT:  NO$~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **KOHLS** | Trustee Claim Number:19  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PERITUS PORTFOLIO SERVICES II LLC | Court Claim Number: | ACCOUNT NO.:  4733 |
| PO BOX 141509 | | |
| | CLAIM:  0.00 | |
| IRVING, TX  75014 | COMMENT:  NT ADR~NO$~CAP 1~NTC ONLY/SCH | |

| | | |
|---|---|---|
| **CITIBANK NA**** | Trustee Claim Number:20  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| EXCEPTION PAYMENTS | Court Claim Number:7-2 | ACCOUNT NO.:  9377 |
| 4674 HOUSTON RD | | |
| | CLAIM:  989.72 | |
| FLORENCE, KY  41042 | COMMENT:  NTB*AMD | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **OCWEN LOAN SERVICING LLC(\*)** | Trustee Claim Number:21  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| ATTN CASHIERING DEPT | Court Claim Number: | ACCOUNT NO.: 9241 |
| 1661 WORTHINGTON RD STE 100 | | |
| | CLAIM:  0.00 | |
| WEST PALM BEACH, FL  33409-6493 | COMMENT:  NO$~NTC ONLY/SCH | |
| **SYNCHRONY BANK\*\*** | Trustee Claim Number:22  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O PRA RECEIVABLES MANAGEMENT LLC | Court Claim Number: | ACCOUNT NO.: 9465 |
| PO BOX 41021 | | |
| | CLAIM:  0.00 | |
| NORFOLK, VA  23541 | COMMENT:  NT ADR~NO$~LEVIN~NTC ONLY/SCH | |
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:23  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 661380 | Court Claim Number:11 | ACCOUNT NO.: 2804 |
| | CLAIM:  123.14 | |
| DALLAS, TX  75266-1380 | COMMENT:  JCP\*COA\*DOC 57 | |
| **LVNV FUNDING LLC** | Trustee Claim Number:24  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:5 | ACCOUNT NO.: 3207 |
| PO BOX 10587 | | |
| | CLAIM:  1,625.00 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY\*CARE CREDIT | |
| **LVNV FUNDING LLC** | Trustee Claim Number:25  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:9 | ACCOUNT NO.: 7497 |
| PO BOX 10587 | | |
| | CLAIM:  2,568.78 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY\*LOWES | |
| **LVNV FUNDING LLC** | Trustee Claim Number:26  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:6 | ACCOUNT NO.: 9702 |
| PO BOX 10587 | | |
| | CLAIM:  9,831.96 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SAMS CLUB/SYNCH | |
| **LVNV FUNDING LLC** | Trustee Claim Number:27  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O RESURGENT CAPITAL SVCS | Court Claim Number:10 | ACCOUNT NO.: 6640 |
| PO BOX 10587 | | |
| | CLAIM:  2,113.67 | |
| GREENVILLE, SC  29603-0587 | COMMENT:  SYNCHRONY\*SAMS | |
| **US BANK NA** | Trustee Claim Number:28  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PAYMENT PROCESSING | Court Claim Number:8 | ACCOUNT NO.: 1156 |
| 3751 AIRPARK MAIL CODE CN-KY-APDC | | |
| | CLAIM:  14,516.73 | |
| OWENSBORO, KY  42301 | COMMENT:  ELAN FINANCIAL SVCS | |
| **WELLS FARGO BANK** | Trustee Claim Number:29  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4101 WISEMAN BLVD | Court Claim Number: | ACCOUNT NO.: 3992 |
| T 7416-023 | | |
| | CLAIM:  0.00 | |
| SAN ANTONIO, TX  78251 | COMMENT:  NT ADR~NO$~NTC ONLY/SCH | |
| **WORLDS FOREMOST BANK** | Trustee Claim Number:30  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 4800 NW 1ST ST STE 300 | Court Claim Number: | ACCOUNT NO.: 9296 |
| | CLAIM:  0.00 | |
| LINCOLN, NE  68521 | COMMENT:  NO$~NTC ONLY/SCH | |

**CLAIM RECORDS**

| | | |
|---|---|---|
| **PINGORA LOAN SERVICING LLC** | Trustee Claim Number:31  INT %:  0.00% | CRED DESC:  MORTGAGE ARR. |
| C/O NATIONSTAR MTG LLC dba MR. COOPER(*) | Court Claim Number:4 | ACCOUNT NO.:  5619 |
| PO BOX 619094 | | |
| | CLAIM:  237.29 | |
| DALLAS, TX  75261-9741 | COMMENT:  $/PL-CL*THRU 6/22*FR FLGSTR-DOC 73 | |

| | | |
|---|---|---|
| **SYNCHRONY BANK BY AIS INFOSOURCE LP - A** | Trustee Claim Number:32  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| PO BOX 661380 | Court Claim Number:12 | ACCOUNT NO.:  5281 |
| | CLAIM:  5,905.26 | |
| DALLAS, TX  75266-1380 | COMMENT:  NT/SCH*LOWES*COA*DOC 58 | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:33  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:13 | ACCOUNT NO.:  0696 |
| PO BOX 280946 | | |
| | CLAIM:  26.24 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  2021*NT/SCH*TIMELY | |

| | | |
|---|---|---|
| **PA DEPARTMENT OF REVENUE*** | Trustee Claim Number:34  INT %:  0.00% | CRED DESC:  PRIORITY CREDITOR |
| BANKRUPTCY DIVISION | Court Claim Number:13 | ACCOUNT NO.:  0696 |
| PO BOX 280946 | | |
| | CLAIM:  175.99 | |
| HARRISBURG, PA  17128-0946 | COMMENT:  2021*CL13GOV*NT/SCH-PL*TIMELY | |